UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL BAINBRIDGE, on behalf of himself and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 5:16-CV-00555-BYP |
| | | JUDGE BENITA Y. PEARSON |
| Plaintiff, | | |
| v. | | **JOINT STATUS REPORT** |
| MEDLINE INDUSTRIES, INC. | | |
| Defendant. | | |

Plaintiff Michael Bainbridge and Defendant Medline Industries, Inc. hereby submit their Joint Status Report. Between May and August 2016, the Parties engaged in informal yet comprehensive discovery regarding Plaintiff's claims and Defendant's defenses to such claims.

Between July and August 2016, the Parties engaged in settlement negotiations, and ultimately reached an agreement on August 19, 2016 to settle the Action as a class action settlement.

The parties are in the process of exchanging the remaining documentation necessary to finalize the settlement and expect to file their Joint Motion for Preliminary Approval of Class Action Settlement Agreement within the next few weeks.

Respectfully submitted,

| | |
|---|---|
| /s/ Lori M. Griffin | /s/ Edmond J. Mack |
| Lori M. Griffin (0085241) | Edmond J. Mack (0082906) |
| Chastity L. Christy (0076977) | Lee E. Plakas (0008628) |
| Anthony J. Lazzaro (0077962) | Gary A. Corroto (055270) |
| The Lazzaro Law Firm, LLC | Tzangas, Plakas, Mannos, Ltd. |
| 920 Rockefeller Building | 220 Market Avenue South, Eighth Floor |
| 614 W. Superior Avenue | Canton, Ohio 44702 |

Cleveland, Ohio 44113
Phone: 216-696-5000
Facsimile: 216-696-7005
lori@lazzarolawfirm.com
chastity@lazzarolawfirm.com
anthony@lazzarolawfirm.com

Telephone:  330-455-6112
Facsimile:  330-455-2108
emack@lawlion.com
gcorroto@lawlion.com

Counsel for Defendant

Hans A. Nilges (0076017)
Shannon M. Draher (0074304)
NILGES DRAHER LLC
4580 Stephen Circle, N.W.
Suite 201
Canton, Ohio 44718
Telephone:  330-470-4428
Facsimile:  330-754-1430
hans@ohlaborlaw.com
sdraher@ohlaborlaw.com

Class Counsel

## CERTIFICATE OF SERVICE

     I hereby certify that on August 29, 2016, a copy of the foregoing *Joint Status Report* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

                                         /s/ Lori M. Griffin
                                         One of the Attorneys for Plaintiff