PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHAEL BAINBRIDGE, *et al.*, ) | |
| ) | CASE NO. 5:16CV00555 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| MEDLINE INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | **ORDER** |

The parties have informed the Court that they reached an agreement on August 19, 2016 to settle the above-captioned action as a class action settlement. *See* Joint Status Report, ECF No. 19. Accordingly, the Telephonic Case Management Conference scheduled for August 31, 2016 at 4:00 p.m. is cancelled.

Not later than fourteen (14) days from the date of this Order, the parties shall file the Joint Motion for Preliminary Approval of Class Action Settlement Agreement that is contemplated by the Joint Status Report (*see* ECF No. 19 at PageID #: 95).

IT IS SO ORDERED.

| | |
|---|---|
| August 30, 2016 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |