IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHAEL BAINBRIDGE | CASE NO. 5:16-cv-00555-BYP |
| Plaintiff, | JUDGE BENITA Y. PEARSON |
| vs. | |
| MEDLINE INDUSTRIES, INC. | |
| Defendant. | |

**JOINT MOTION TO EXTEND DEADLINE TO FILE
JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT AGREEMENT BY 7 DAYS**

Now come Plaintiffs, Michael Bainbridge, Bruce W. Ohler, Jr., Jasmine Hunt, Jesse Morales, and Defendant, Medline Industries, Inc., who hereby jointly move this Honorable Court to extend the September 13, 2016 deadline to submit the Joint Motion for Preliminary Approval of Class Action Settlement Agreement by 7 days.  (*See*, Doc. No. 20).  This Motion is not made for purposes of undue delay.  Rather, the parties are still engaged in the drafting process, and need additional time to bring this putative settlement to finalization.  An extension of 7 days will be sufficient.

DATED:          September 13, 2016

Respectfully submitted,

**THE LAZZARO LAW FIRM, LLC**                    **TZANGAS | PLAKAS | MANNOS | LTD**


/s/ Chastity L. Christy                          /s/ Edmond J. Mack
Chastity L. Christy (0076977)                    Lee E. Plakas (0008628)
Anthony J. Lazzaro (0077962)                     Gary A. Corroto (0055270)
920 Rockefeller Building                         Edmond J. Mack (0082906)
614 W. Superior Avenue                           220 Market Avenue South, Eighth Floor
Cleveland, Ohio 44113                            Canton, Ohio 44702
Telephone:     (216) 696-5000                    Telephone:     (330) 455-6112
Facsimile:     (216) 696-7005                    Facsimile:     (330) 455-2108
Email:  chastity@lazzarolawfirm.com              Email:         emack@lawlion.com

-and-                                            *Counsel for Defendant Medline Industries, Inc.*

**NILGES DRAHER, LLC**

Hans A. Nilges (0076017)
Shannon M. Draher (0074304)
4580 Stephen Circle NW, Suite 201
Canton, Ohio 44718
Telephone:     (330) 470-4428
Facsimile:     (330) 754-1430
Email:  sdraher@ohlaborlaw.com

*Counsel for Plaintiff Michael Bainbridge,*
*Bruce W. Ohler, Jr., Jasmine Hunt, and*
*Jesse Morales*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been filed and served electronically on the 13th day of September 2016, upon all parties currently registered for this matter in the Court's electronic filing system.

/s/ Edmond J. Mack
Edmond J. Mack (0082906)
*Counsel for Defendant Medline Industries, Inc.*