PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL BAINBRIDGE, On behalf of himself and all others similarly situated, *et al*. | ) ) ) ) | CASE NO. 5:16CV00555 |
| Plaintiffs, | ) ) | JUDGE BENITA Y. PEARSON |
| v. | ) ) | |
| MEDLINE INDUSTRIES, INC., | ) | |
| Defendant. | | **ORDER** |

The Court has considered that submitted by the parties and suggests further edits as indicated on the attached documents. Counsel shall review the attached [Amended Proposed] Preliminary Order Approving Class Settlement Agreement and Notice; and Exhibit D – Class Notice, edit as reasonably required, execute, and return to the Court for issuance, within seven (7) days of the date of this Order.

IT IS SO ORDERED.

November 21, 2016  /s/ Benita Y. Pearson
Date                        Benita Y. Pearson
                            United States District Judge