Francis M. Wardlaw III
697 Brock Road
Honea Path, SC 29654

Office of Clerk of Court
Thomas D. Lambros United States Court House
125 Market Street
Youngstown, Ohio 44503



Sir:
Please see attached letter I sent to The Lazzaro Law Firm.

As stated they have caused me harm in both loss of time and finances.

Furthermore, a case could be made that my 5th and 14th Amendment rights were violated
    No person shall...be deprived of life, liberty, or property, without due process of law....
        **Life:** Undue time was taken from me to exclude myself from something which I was included in without my consent.
            A mail-back card asking, "do you want to be included?" would have been appropriate.
        **Property:** Undue burden has caused a loss of money, as outlined in the letter to The Lazzaro Law Firm.
        **Undefined:** I work in a Right to Work State and one could make a case that **my unconsented participation** within this law suit could have future and far reaching consequences in my status as an employee of Medline. Plainly: this **unconsented action taken in my behalf** may cause my job to be in jeopardy.

Furthermore, a case could be made that my 9th Amendment rights were violated
    The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.
        To some a broad read of this Amendment is the "Right to Privacy." Was the action taken by the The Lazzaro Law Firm an unreasonable invasion of my Right to Privacy by including me into a Lawsuit without my consent? In my opinion: Yes, since there is an appropriate method of discerning consent, "A mail-back card authorizing consent.

Therefore, I respectfully request the court to **make me whole** at an appropriate sum as determined by the court's discretion. And that this sum be donated to the American Red Cross. I would be careful to ask further: that the wording of such a degree, be such as the donation is not tax deductible.

Therefore, I respectfully request to be excluded from this lawsuit:

1. Bainbridge v. Medline
2. Case (No.5:16-cv-00555)
3. Francis M Wardlaw III     *Francis M Wardlaw III*

Now that I am free and not a party of this lawsuit, please review the next page that I submit respectfully.