Francis M. Wardlaw III
697 Brock Road
Honea Path, SC 29654

Anthony J. Lazzaro
The Lazzaro Law Firm, LLC
920 Rockefeller Building
614 W. Superior Avenue
Cleveland, Ohio 44113

Sir:

After having your letter from the United States District Court For The Northern District Of Ohio explained to me, you guys need to get a real job!

1. Whereas due to the premise of this law suit, no one should have provided the time of day to any "lawyer" bringing this forward as a legitimate case;
    a. Someone provides additional money to employees for making good health decisions, and one turns and bites the hand. Bad choice.
2. Whereas you could have inquired if I wanted to be a member of this class action lawsuit via a mail-back card;
3. Whereas you by way of "strong arm" has forced me to get someone to review your letter and write this letter;
    a. You have interrupted my normal routine and caused me to become angry that you would involve me in such a trivial, child-centered tantrum of a lawsuit.
4. Whereas you have caused me a financial deficient;
    a. I have had to provide funds to get your letter read to me and interpreted
    b. I have had to provide funds to get this letter written
    c. I have had to provide postage to mail this letter
    d. I have had to provide mileage on my diesel truck to mail this letter
    e. I have lost precious time dealing with this mess you started
        i. One hour reading and interpretation
        ii. One hour writing this response
        iii. One hour posting these letters

1. Therefore, **I respectfully will ask the court:**
    a. To consider the financial deficient, which has befallen upon me, from your ill-advised methods of not asking if I wanted to be included?
    b. To require payment from The Lazzaro Law Firm, LLC to make me financially whole.
    c. To require payment from The Lazzaro Law Firm, LLC for lost time.
    d. To not allow you to expense this cost into this lawsuit, but ensure this is a profit reduction to your bottom line.
2. Therefore, I respectfully ask to be excluded from this meritless lawsuit: Bainbridge v. Medline
    a. Case (No.5:16-cv-00555)
    b. Francis M Wardlaw III   _Francis M Wardlaw III_