**UNITED STATES DISTRICT COURT**
**Northern District of Ohio**

Michael Bainbridge, et al.

                        Plaintiff,

v.                                    Case No.: 5:16−cv−00555−BYP
                                            Judge Benita Y. Pearson

Medline Industries, Inc.

                        Defendant.

## SCHEDULING NOTICE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

     **IMPORTANT Notice:** The Fairness Hearing set for today, 2/22/2017, at 3:30 p.m. is reset for today at 4:15 p.m. before Judge Benita Y. Pearson in Courtroom 351, Thomas D. Lambros United States Court House, 125 Market Street, Youngstown, Ohio 44503. Note that this is a time change only. Related document(s) [25]. (JLG)

**PLACE**
Thomas D. Lambros
United States Courthouse & Federal Building
125 Market Street
Youngstown, OH
44503

February 22, 2017

                                                                      Geri M. Smith, Clerk
                                                         Judy L. Guyer, Deputy Clerk